Jose CARDENAS–SANCHEZ,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 04–75570.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 7, 2011.

Before: CANBY, FERNANDEZ, and
M. SMITH, Circuit Judges.

MEMORANDUM **

Jose Cardenas–Sanchez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Alvarez–Barajas v. Gonzales,* 418 F.3d 1050, 1053 (9th Cir. 2005), and we deny the petition for review.

The agency properly concluded that the expanded aggravated felony definition contained in section 321 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") may be applied retroactively. *See id.* at 1054 (9th

Cir.2005) (IIRIRA's amendment of the definition of aggravated felony applies to convictions entered "before, on, or after" IIRIRA's enactment date). Cardenas–Sanchez's contention that the retroactive classification of his pre-IIRIRA conviction as an aggravated felony violates due process is unpersuasive.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

